UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2019 APR 12 PM 2:02

| | |
|---|---|
| Jose Leal ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case Number. 8:19 cv 878 T 23 AAS |
| ) | |
| Department Financial Services ) | |
| Tampa-Florida. ) | |
| Anttornny Manuel Franco. ) | |
| Office of Workers' Compensation ) | |
| Judges in Tampa. ) | |
| Security Company assigned in the ) | |
| Officce of Compensation Tampa. ) | |
| Secon District Court Appeeal ) | |
| Tallahassee Florida. ) | |
| Pizza Hut Tampa Florida. ) | |
| Gallagher Bassett Services. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

## COMPLAINT

José Leal, AS Business Administration, a US voter, filed this claim for $ 500,000.00 dollars because I was deprived of my liberty and, at the same time, due process was not carried out because the security guard of the office of workers' compensation judges from the city of Tampa I hit several times in the chest and took out his weapon pushing me to the elevator, telling me several times never to come back to that office again. In the next pages I give a more detailed explanation of the facts with their evidences and I anticipate that all that happened was for not accepting to close the case for five thousand dollars. I present this claim in this honorable court seeking justice as established in the Constitution of the United States based on Code 42... United States § 1983 - Civil action for deprivation of rights. 5.1. B. Complaints of due process and procedural problems, and Section 1983. Before going to this honorable court, I presented the case before the Honorable Supreme Court of the State of Florida. Again I was discriminated against in the office of



compensation judges Tampa by denying me a motion of consultation in front of the judge. This right is granted to people who are not represented by a lawyer and they denied it to me. They also did not want to give me the record of the Jose Leal Vs Pizza Hut appeal. How a person can proceed if they deny all rights.

U.S. Code › Title 42 › Chapter 21 › Subchapter I › § 1983

42 U.S. Code § 1983 - Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.
(R.S. § 1979; Pub. L. 96–170, § 1, Dec. 29, 1979, 93 Stat. 1284; Pub. L. 104–317. title III, § 309(c), Oct. 19, 1996, 110 Stat. 3853.).

## 5.1. B. Due Process Claims and Procedural Issues and Section 1983

### 5.1. B.1. Due Process Claims and Section 1983

In relevant part, the Fourteenth Amendment prohibits any state from depriving "any person of life, liberty, or property, without due process of law." Claims under this provision have been a staple of Section 1983 legal services practice for many years. Procedural due process addresses the right to notice and hearing before (or after) particular deprivations can take place. Substantive due process concerns governmental deprivations of life, liberty, or property stemming from particularly outrageous governmental actions. The Supreme Court has developed a number of guidelines on the use of Section 1983 to raise claims founded on alleged deprivations of due process, beginning with an analysis of interests protected by due process.

The defendants that name submit them in the lawsuit because besides being complies, they did not have their individual responsibility to carry out their work. For example, the Financial Service Department, with the specialist Diana Michel who discriminated against me and never wanted to help me. Lawyer Manuel Franco for not wanting to accept five thousand dollars to close the case I stop delivering documents to Judge Joseph Murphy. Office of Worker Compensation Judges Tampa District, the clerks did not fulfill their role and individual responsibility. Pizza Hut the store where I worked and I had both accidents, Security Company of the workers compensation judge's office of the district Tampa, the security guard hit me and took me out of court for no reason. Gallaher Basset workers compensation insurance company did not comply with my benefits. Second District Court, they did not comply with the due process.

**Document A.** **The preparation of the records with the name of Appeal Jose Leal vs. Pizza Hut Appeal that were authorized by the Honorable Judge Joseph Murphy of Workers 'Compensation were never reviewed by a workers' compensation court or an appeals court. The only court that could review these records was social security with the honorable judge Tony Elebron. The honorable judge Tony Elebron made a decision in my favor that the social security system being more demanding than the compensation of workers of the State of Florida, I am protected by the authorized medical workers compensation insurance of the State of Florida. Florida that formed the preparation of the record for the process of appeal authorized by the honorable judge Joseph Murphy.**

**Document B.** Mental report of Dr. Felix J. Subervi, III, PH.D.

**Document C.** I also ask this honorable court to request the appeals review with the name of José Leal vs. Pizza Hut authorized by the honorable judge Joseph Murphy because they do not want to give them to me. After I handed them over to the social security office to make the decision of the case, they did not want to hand it over to me. Also in the workers' compensation court in Tampa do not want to deliver these record. I ask this court very respectfully to ask for these records, I do not want the same thing happening to me with another security guard.

I ask this honorable court to review these appeal rulings and after having a decision on the case if it is in my favor, I limit myself to naming the guilty parties so that this court will determine the guilty parties. The only thing I can tell you is that for not having wanted to close the case for five thousand dollars they deprived me of freedom and at the same time they did not comply with due process of law.

After having had two lawyers in both cases I could not get a lawyer because they say that what one lawyer messes with another does not want to clean it up. Maybe I could get a lawyer who was not pro bono but I did not have the money to pay him.

# INTRODUCTION

I Jose Leal born in Venezuela and married to Lisa Leal American citizen by birth in the year 1987. We arrived in the United States with two children Daniel Jose Leal Gandolfo of 11 years and Francesco Jose Leal Gandolfo of ten years of age. In the year 2001 I started working in the Pizza Hut store and simultaneously had two more jobs.

The first accident was on July 10, 2001 I was preparing a pizza and the assistant manager with the name of Chat, who seemed to be under the effects of the drug hit me a hard whip in the right ear telling me to hurry. At that time I lost a little knowledge leaving me with a strong dizziness. In this same ear I had a very delicate operation where they removed a tumor leaving me with a more delicate ear.

On December 22, 2001 I have a second accident. With my left arm I open the door of the retrigger to remove a dough to prepare a pizza and I feel an electrical discharge in my left arm and at the same time I feel a small explosion. That same night the manager Maribel sent me to the Hospital University.

My wife Lisa Leal, a citizen of the United States by birth, asked the Immigration Department to give me my legal status as soon as possible in order to be eligible for benefits, and the Immigration Department immediately approved them.

# EXPLANATION OF MY CASE

**Document 1-** On July 10, 2001, my Pizza Hut manager hit me with his hand on my right ear while I was preparing a pizza thereby breaking my ear drum: When I was 15 years old, I was operated on the same ear due to a tumor. The surgery was successful but my hearing was limited. I am annexing pictures of the end result of my eardrum after the strike along with this document.

**Document 2-** I suffered another accident on December 22, 2001, an electric shock on my left arm which sent me to the hospital. I was forced to leave my job on December 30, 2001 because the manager did not abide by the limitations the doctor had ordered.

In 2001, I hired Attorney Julian Gonzales of the James, Hooper & Richard Law Firm. In 2002, we had a hearing with Honorable Judge Doris Jenkins, before entering the courtroom, Mr. Gonzales threatened me and said that I did not have a case. After this, I

Have a case, after this. Immediately went into the office and requested to speak to the judge and advised her secretary of his threats. The secretary notified the judge and she made us enter the courtroom to hold the hearing. Judge Jenkins eliminated the process and gave me an opportunity to begin another one since the attorney had not done anything to help me.

In 2002, I hired Attorney Manuel Franco. The insurance company continued to give me my medical benefits but not lost wages. Even though I had an illegitimate social security card and did not have legal documentation while I was working at Pizza Hut, by law, a worker must receive compensation benefits regardless of his or her immigration status.

**Document 3-** My wife, Lisa Leal, Vote American citizen by birth wrote to the Dpt. of Immigration Services explaining my problem and requested my legal documentation. They responded quickly by granting me my legal documentation.'

**Document 4-** Immediately after receiving my documentation, on my own will and without consulting Attorney Franco, I went to the Department of Education, Bureau of Reemployment services with Specialist Sara Delgado.

**Document 5-** I complied with all the requirements of this department and the other departments that Specialist Delgado referred me to and was not eligible to any of the programs due to my physical and mental health.

**Document 6-** In a moment of desperation, my wife wrote to Judge Doris Jenkins (dated August 05, 2003) letting her know of our poor financial situation and that the insurance companies were not paying for lost wages. She also informed her that my attorney was not helping me at all and

that he sent me a letter (dated July 14, 2003) threatening me and telling me not to write to the judge anymore. I annexed copies of this letter to this document. Because my wife wrote to Judge Jenkins about our difficulties, the judge in my case was changed to Judge Joseph Murphy.

**Document 7-** During this time my wife, our three children and I were kicked out of our apartment due to lack of payment and were forced to spend the night sleeping in the streets in front of Metropolitan Ministries, My three month old daughter and two boys. Had to sleep in a car with my wife while we waited for Metropolitan Ministries to open in the morning.

The attorney knew all of this and still did not do anything to defend my benefits. Attorney Franco also knew the health condition of my children due to malnutrition. I am annexing medical reports as proof of this, after many complaints to him, attorney Franco wrote to me informing me of the final hearing on April 4, 2004. On the final hearing day, attorney Franco wanted to postpone it to another date. I did not agree and told the Judge's secretary that I wanted the hearing to be held that day. The hearing was held that day and the last thing the judge said to me was that he would revise that documentation that the attorney submitted and I would get the results afterwards.

**Document 8-** In May of 2004, I received the decision of the judge denying my benefits. After carefully reviewing the results, I realized that attorney Franco did not submit important paperwork to the judge thereby committing negligence and malpractice in bad faith.

**Document 9-** I had a report from the Center of Neurology on my case since I was referred to them by the Judeo Christian Clinic, a nonprofit clinic. I was referred to this center because my insurance company stopped my benefits. **This report was based on the testimonies swum under oath by my primary care physician Dr. Rodolfo Gari and Neurologist Dr. Robert Martinez.** These two depositions were authorized by the insurance company and taken by Attorney Franco which he failed to furnish to the judge on the day of the final hearing along with other important evidence. I had 30 days to appeal and there was no way to send Judge Murphy all of the evidence that was missing. However, thanks to the Venezuelan embassy, the judge was able to receive the documentation that showed the reality of my case.

**Document 10-** The same day I received a call from attorney Franco asking me to come to his office. When I arrived, I noticed he was a little nervous. He told me that the judge had sent me an affidavit so that he can help me with the funds needed to prepare the records. He also threatened me and asked me to sign a document approving his withdrawal of the case as my attorney, I did not sign.

**Document 11-** Judge Murphy authorized $3,200 for the preparation of the records including the dispositions under oath taken by all the doctors authorized by the insurance companies. These were not submitted by attorney Franco on the day of the final hearing. Thereby committing negligence and malpractice in bad faith. The $3,200 was approved to pay a company who organizes and prepares all the records that were used in the court of appeals.

**Document 12-** Initial brief, this is a document that the court of Appeals asked me and asked me to explain why I want the court to look at my case,

**Document 13-** a letter that I received from this court dated May 5, 2005. It states that the other party did not respond to the initial brief which means that, here in the US or any other country in the world, the appellant is right but there are proceedings that he or she must follow, I did not know what the next step was.

**Document 14-** the notice of the three Honorable Judges of the Court of Appeals dated..... August 3, 2005 in which they agree with Judge Murphy's decision. I was also in agreement with this decision because Attorney Franco did not furnish the complete documentation, which was the root cause of my decision to appeal. They also indicate that the other party did not show up. I then understood the fact that the other party failed to attend prevented the judges from revising the evidence that was prepared with the $3,200 that were approved for the records. This motion was supposed to have been furnished within 10 days, a motion asking the court to view these records. My petitions should have been granted since the other party did not respond to the initial brief.

**Document 15-** Attorney Franco submitted a motion (dated July 2, 2005) to the court requesting his withdrawal as my lawyer. A few days prior to the hearing to withdraw Mr. Franco from my case, I received a letter stating that the hearing was cancelled (dated May 12, 2004). Despite of this, I went to the courthouse and signed the "sign in" sheet as evidence of having assisted the hearing. The secretary informed me that the hearing was cancelled because the judge had some medical problems. A few weeks later I was able to find that a hearing was held and the attorney's motion for withdrawal was granted. This is another violation committed by Mr. Franco and those involved in it.

**Document 16-** After carefully analyzing the situation and the fact that the lawyer I had did not guide me, I submitted a Motion for Rehearing following recommendations from a legal office (dated November 8, 2005). When I arrived at the courthouse, I noticed that there was nobody there except the security officer (who is not a police officer) and a new receptionist. I asked her for a sealed copy after I gave her the motion as proof of submittal. She goes to the back part of the office, minutes later she calls the security officer and to my surprise he comes out with the original motion in a very aggressive manner. He slams it in my chest, pulls his gun out and escorts me to the elevator as he tells me to never rectum with that document.

**Document 17-** I immediately went down and called 911. A woman police officer came, I explained the problem to her and she offered to go up to the Judge's office but it was closed. She advised me to go to the police station of Tampa to press charges. I did exactly that the next day, I spoke to an investigator and he called Judge Murphy's office, I do not know what was said but the investigator could not write a report after I repeatedly requested it, neither did he review the security cameras in the Judge's office.

**Document 18-** I received an Administrative order signed by Judge Murphy dated September 11, 2005 which said that my entrance to this court was prohibited from that moment on because I was aggressive the last time I went. It was at this point when I was able to understand the devious plan of the front office receptionist and the security guard. After this I received various threatening private calls which I reported to the authorities.

I also received threats while I was out in public, in one occasion by a man on a motorcycle who was covering his face with a helmet. He stopped next to my car and told to leave everything as it is and went away. I called 911 again, however, there were no reports filed. This is where I began to feel threatened and fearful.

**Document 19-** My wife wrote to different government offices, including the president of the Representative Chamber of Florida and current Senator Marcos Rubio. We did not receive help from any of them.

**Document 20-** It was Honorable Senator Mel Martinez who helped me by transferring the case to the office of Governor Jeb Bush. I did not receive any help from this office either.

**Document 21-** In 2008 I became a US citizen and contacted the office of Governor Charlie Christ. I explained my case to his office assistant and also that I had not received any help. This person told me that they would revise the documents and respond at a later day.

**Document 22-** I received a letter from Honorable Governor Crist dated September 8, 2008 with some recommendations to follow. After following them, I contacted a specialist from the Department of Financial Services. This department regulates the Compensation Insurance companies known as W.C. I started new petitions with the help of this office.

**Document 23-** In August 31, 2009 I had mediation with Pamela and an agreement with the insurance company was not reached. The mediator sent us to the judge.

**Document 24-** in September of 2009 I had a pretrial hearing with Judge Murphy in which he denied a final hearing because I was out of the limitations time, two years. However, considering that I had an Administrative Order which prohibited my contact with his office, he reviewed what Attorney Franco furnished to the court during the final hearing on April 4, 2004. He denied the final hearing after not finding anything in my favor. In other words, because of the malpractice and negligence in bad faith of not submitting the complete documentation, the judge denied the final hearing. Because of this, the judge did not write it in the decision.

**Document 25-** It only says that I was out of the limitations time.

**Document 26-** In 2010 I started a new application for social security benefits. This request was finally full in my favor in 2014.

**Between this times I visited several government offices exposing my case and nobody wanted to help me. Again I wrote to several government offices, to Governor Scott, and they never answered me. At the post office of the United States mail, I wrote to a federal government department for districted delivery and it did not work either.**

**Document 28-** In May 23 of the year 2016 I visited the representative of the State of Florida to the honorable Janet Cruz and I presented my problem because the letters that you sent to different offices did not arrive. Not even using the service of districted delivered. I wrote to the honorable judge David W. Langham, deputy chief judge of compensation claims, and he responded with an explanatory letter dated March 08, 2016.

**Document 29-** In the year 2017 I returned to the office of the Honorable Representative Janet Cruz. In this office they helped me to have my case heard in the Supreme Court of the State of Florida. First, I was denied a motion for a new hearing. Then they told me they received the case with a petition of mandamus. In the case they assigned the honorable labor compensation judge Ellen H. Lorenzen. I asked Judge Ellen Lorenzen for a Motion for Chamber's Consultation to know about how to proceed because I did not have a lawyer and having no lawyer I have the right to a motion for conference. Finally I was denied the motion and the appeals authorized by Judge Joseph Murphy with the name of Jose Leal Vs pizza Hut did not want to give me a copy either.

**Document 29-** I José Leal in the year 2004 apply in the Department Of Education of the State of Florida in the program of reemployment of people injured in the work. Finally I was not eligible because of my health condition and they transferred me to the Vocational Reemployment Department and I was not eligible either. In the year 2019, 2011 and 2017 I started on my own to study Business Administration at Atlantis University with a student loan that I have to pay. In the month of February 2019 finally complete the studies successfully. As part of the benefits of the rehabilitation program to operate the Florida of Education I had this benefit and they also discriminated against me in denying it. In other words, if they had given me this benefit in 2004 maybe I could have worked on something and I had going through my family. All the evil for not having wanted to accept five thousand dollars to close the case.

Since 2004, after the workers' compensation company denied me medical assistance, Hillsboroug County Social Office approved medical insurance under the category of San Jose Hospital. There I was in physical and mental health control in relation to the two accidents that occurred in the year 2001 in the Pizza Hut store until the year 2016 that approved the disability and the medical insurance happened to Medicaid. The doctors remained the same and the psychiatrist went to Greek Point.

If you need the current physical and mental medical history let me know to sign an authorization because they do not want to give me either.

## CONCLUSION

How difficult life has been for me and my family for the last 16 years due to the two accidents suffered at work. The accident of the ear the "manager of Pizza Hut drugged" gave me a whip in the right ear that left me the broken eardrum and suffering from chronic vertigos. The second accident received an electric shock in the left arm because the Pizza Hut store did not maintain the equipment and this accident left me with a chronic disease called "neuropathic pain".

The Immigration Department of the United States approves my legal documentation quickly so that I may be eligible for rehabilitation programs in the Department of Education. I was in all the programs with the counselor Sara Slim and finally I was not eligible for any work program because of my health condition caused by the two accidents at work.

The violation of human rights, discrimination, the crime for violating the law denounced him in all the offices where he could submit the complaint and the answer was that he had to see the judge, "see a judge for a situation that was clear" Finally I had a final hearing with Judge Joseph Murphy and lawyer Manuel Franco violating the practice ethics "malpractice and negligence in bad faith" by not delivering the correct documentation to the judge. The decision of the judge is negative and gives me the right to appeal. In the process of appeal the lawyer Manuel Franco withdraws from the case without letting me know anything, the security guard takes me out of the workers' compensation office giving me a blow to the chest and he takes my gun and shoved me to the elevator telling me that I did not go back over there.

Then I received an unfair administrative order from Judge Joseph Murphy who said that I could not do anything in relation to the two accidents and could not appear at the workers' compensation office knowing that everything was a complaint against me, where they told the judge that I had arrived with a threatening aptitude.

I, without a lawyer, request the disability in the social security office with the preparation of the records that Judge Joseph Murphy authorized for the appeals process and that a workers' compensation court has not yet seen them. The social security office being a much more exigent office to approve a disability I approved the disability with the workers compensation workers. Since 2014, I received $ 750 from the social security that remedies my situation by living as a miserable person who is short of time to become a homeless person. I, Jose Leal, an American voter, want my case to be heard by a workers' compensation court with full review of the appeal and I will wait for the decision.

In 2016, I spoke at the office of the Honorable Representative Janet Cruz and asked her to help me with my case, understanding that they have their regulations. In 2018 the process ended with a panel of judges with a denial response.

To finish looking for an exasperating solution to work I was able to graduate at Atlantis University in Business Administration ending with a student loan that I have to pay and do not want to authorize me to work.

I came to this court looking for justice and I hope that I will get it.

Thank you for your attention and compression.

Sincerely,

Jose Leal

6409 Olympia Ave
Tampa FL 33634
813 8026055

State of Florida County of Hillsborough
Subscribed and sworn before me on 4/12/19 (Date)
(Notary Signature)

Josean Colon
Notary Public
State of Florida
My Commission Expires 07/30/2022
Commission No. GG 243067

*Craig Latimer*
**Supervisor** *of* **Elections**

Voter Name and Address/*Nombre y Dirección del Votante*
**Leal Pirela, Jose Daniel**
**6409 OLYMPIA Ave**
**Tampa FL 33634**

Party/*Partido*
**Republican Party Of Florida**

Precinct/*Precinto*
**403**

Polling Place/*Centro de Votación*
**Tampa Scottish Rite Masonic Center**
**5500 Memorial Hwy, Tampa, FL 33634**

Issue Date/*Fecha de Expedición*
**May/18/2018**

Date of Birth/*Fecha de Nacimiento*


Aug/28/2008    Registration #    116645884

Voting Districts/*Distritos de Votación*
Congress/*Congreso:* **14**
State Senate/*Senado Estatal.* **18**
State House/*Cámara de Representantes Estatal:* **62**
County Commission/*Comisión del Condado:* **1,5,6,7**
School Board/*Consejo Escolar:* **1,6,7**
Tampa City Council/*Concejo de la Ciudad de Tampa:*

VoteHillsborough.org